IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

ALBERTO ARREOLA-ALBA,

      Petitioner,

v.                                     Case No. 5D18-3083

STATE OF FLORIDA,

      Respondent.

_____/

Opinion filed October 19, 2018

Petition for Belated Appeal
A Case of Original Jurisdiction.

James S. Purdy, Public Defender, Daytona Beach, and John M. Sheldon, Assistant Public Defender, Daytona Beach, for Petitioner

No appearance for Respondent.

PER CURIAM.

The petition for belated appeal is granted. A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the July 31, 2018 order denying Petitioner's motion for post-conviction relief filed in Case No. 1999-34822-CFAES Judicial Circuit Court in and for Volusia County, Florida. See Fla. R. App. P. 9.141(c)(6)(D).

      PETITION GRANTED.

TORPY, EISNAUGLE and GROSSHANS, JJ., concur.